**Slip Op. 99-**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

KAJARIA IRON CASTINGS PVT. LTD.,
CALCUTTA FERROUS LTD., CRESCENT FOUNDRY
CO. PVT. LTD., COMMEX CORPORATION,
DINESH BROTHERS, NANDIKESHWARI PVT.
LTD., CARNATION ENTERPRISES PVT. LTD.,
KEJRIWAL IRON & STEEL WORKS, R.B.
AGARWALLA & COMPANY, RSI LIMITED,
SERAMPORE INDUSTRIES PVT. LTD., TIRUPATI
INTERNATIONAL (P) LTD., and UMA IRON &
STEEL CO.,

        Plaintiffs,

        v.

UNITED STATES,

        Defendant,

ALHAMBRA FOUNDRY, INC., ALLEGHENY
FOUNDRY CO., DEETER FOUNDRY, INC., EAST
JORDAN IRON WORKS, INC., LEBARON FOUNDRY
INC., MUNICIPAL CASTINGS, INC., NEENAH
FOUNDRY CO., U.S. FOUNDRY &
MANUFACTURING CO., and VULCAN FOUNDRY,
INC.,

        Defendant-Intervenors.

BEFORE: DiCarlo,
       Senior Judge

Ct. No. 95-09-01240

**ORDER**

In conformity with the order and opinion of the United States Court of Appeals for the Federal Circuit, it is hereby

ORDERED that this action is remanded to the United States Department of Commerce, International Trade Administration for further proceedings in conformity with the order and opinion of the United States Court of Appeals for the Federal Circuit; and it is further

ORDERED that Commerce shall file its remand results with the court within 45 days of the date of this order; and it is further

ORDERED that any party contesting the remand results shall file comments with the court within 30 days of the remand results.

SO ORDERED.

 

**Dominick L. DiCarlo**
Senior Judge

Dated: New York, New York
      January 14, 1999